| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly): Amber McCrea   B. Date of Delivery: 9-11-06<br>C. Signature: X Amber McCrea   ☐ Agent  ☐ Addressee |
| 1. Article Addressed to: 06-807 S&C<br><br>Therapeutic Programs Inc.<br>Attn: Bill Mitchell<br>2900 McGehee<br>Montgomery, AL 36111 | D. Is delivery address different from item 1? ☐ Yes   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☒ Yes |
| 2. Article Number (Copy from service label) | 7006 0100 0003 2054 7249 |

PS Form 3811, July 1999         Domestic Return Receipt         102595-00-M-0952