IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JOANN ERHARDT,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06cv807-ID |
| | ) |
| **THERAPEUTIC PROGRAMS, INC.,** | ) |
| | ) |
| Defendant. | ) |

## ORDER

Upon CONSIDERATION of Defendant's unopposed motion for additional time to respond to Plaintiff's Complaint (Doc. No. 4), filed September 28, 2006, and for good cause shown, it is ORDERED that said motion be and the same is hereby GRANTED and that the deadline for Defendant to answer or otherwise respond to Plaintiff's Complaint be and the same is hereby EXTENDED to and including October 16, 2006.

DONE this 29th day of September, 2006.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE