IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOANN ERHARDT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-CV-807-ID |
| ) | |
| THERAPEUTIC PROGRAMS, INC., ) | |
| ) | |
| Defendant. ) | |

## ACCEPTANCE AND WAIVER

TROY KING, Attorney General of the State of Alabama, acknowledges service of the **Answer** in the above-styled cause pursuant to §6-6-227 *Code of Alabama*, 1975 (Attached). The Attorney General, having filed this Acceptance and Waiver in this action, hereby waives any further service upon him of any pleadings, discovery and other matters filed in this cause and presently waives the right to be heard.

Respectfully submitted,

TROY KING, KIN047
ATTORNEY GENERAL

*/s/ Rosa H. Davis*
ROSA H. DAVIS, DAV043
ASSISTANT ATTORNEY GENERAL

## CERTIFICATE OF SERVICE

I hereby certify that I have this 24th day of October, 2006, served a copy of the foregoing by first-class United States Mail, postage prepaid and addressed upon the following:

Bruce J. Downey, III, Esquire
Capell & Howard, P.C.
Post Office Box 2069
Montgomery, Alabama 36102-2069

Jay Lewis, Esquire
Law Offices of Jay Lewis, L.L.C.
Post Office Box 5059
Montgomery, Alabama 36103

                                               ROSA H. DAVIS, DAV043
                                               ASSISTANT ATTORNEY GENERAL

**ADDRESS OF COUNSEL:**
Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, Alabama 36130-0152
334-242-7300
334-353-8235 (Fax)

§6-6-227.  Persons to be made parties; rights of persons not parties.

All persons shall be made parties, who have, or claim, any interest which would be affected by the declaration, and no declaration shall prejudice the rights of persons not parties to the proceeding.  In any proceeding which involves the validity of a municipal ordinance, or franchise, such municipality shall be made a party and shall be entitled to be heard; and if the statute, ordinance, or franchise is alleged to be unconstitutional, the Attorney General of the state shall also be served with a copy of the proceeding and be entitled to be heard.  (Act 1935, No. 355, p. 777; Code 1940, T.7, § 166.)