IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOANN ERHARDT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) CASE NO.: 2:06CV807-ID-TFM |
| THERAPEUTIC PROGRAMS, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Defendant Therapeutic Programs, Inc. and Plaintiff Joann Erhardt, by and through their undersigned counsel of record, having agreed upon a settlement of all claims at issue in this action, jointly stipulate that this action be dismissed with prejudice, with each party to bear its own costs, and move the Court to enter the attached Order.

_____
Bruce J. Downey, III
Capell & Howard, P.C.
150 South Perry Street (36104)
Post Office Box 2069
Montgomery, Alabama 36102-2069

Attorney for Defendant
Therapeutic Programs, Inc.

_____
Jay Lewis, Esq.
Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, AL 36103

Attorney for Plaintiff
Joann Erhardt

- 1 -

1088811

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **JOANN ERHARDT,** | ) |
| | ) |
|    **Plaintiff,** | ) |
| | ) |
| vs. | ) |
| | )   **CASE NO.: 2:06CV807-ID-TFM** |
| **THERAPEUTIC PROGRAMS, INC.,** | ) |
| | ) |
|    **Defendant.** | ) |
| | ) |
| | ) |

## ORDER

    This cause having come before the Court on the parties' Joint Stipulation of Dismissal With Prejudice, by which the Court is informed that the parties have reached a settlement of the claims and matters asserted in this action.

    It is, therefore, ORDERED, ADJUDGED and DECREED that the referenced action is hereby DISMISSED with prejudice, with each party to bear its own costs.

    DONE and ORDERED this _____ day of _____, 2007.

 

                                                      IRA DE MENT, U S DISTRICT JUDGE

Copies to:

Bruce J. Downey, III
Capell & Howard, P.C.
150 South Perry Street (36104)
Post Office Box 2069
Montgomery, Alabama  36102-2069

Jay Lewis, Esq.
Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, AL  36103