**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **JOANN ERHARDT,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06cv807-ID |
| | ) |
| **THERAPEUTIC PROGRAMS, INC.,** | ) |
| | ) |
|     **Defendant.** | ) |

## ORDER

Upon CONSIDERATION of the Joint Stipulation of Dismissal (Doc. No. 11), by which the court is informed that the parties have reached a settlement of all claims and matters asserted in this lawsuit, it is ORDERED that the above-styled cause be and the same is hereby DISMISSED with prejudice, with each party to bear her and its own costs.

DONE this 19th day of April, 2007.

                                                   /s/ Ira DeMent
                                                 SENIOR UNITED STATES DISTRICT JUDGE